EJK:NR
F.#1999R01389

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANDREW LANDELLS,
   also know as "Troy Easton
   Jones" and "Shane Tawyane
   Lee,"

            Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN - 7 2012 ★
BROOKLYN OFFICE

I N D I C T M E N T

CR 12 - 386

(T. 18, U.S.C.,
§§ 1543 and 3551 et
seq.)

DEARIE, J.

GOLD, M.J.

THE GRAND JURY CHARGES:

### FALSE USE OF A PASSPORT

On or about July 6, 1999, within the Eastern District of New York and elsewhere, the defendant ANDREW LANDELLS, also known as "Troy Easton Jones" and "Shane Tawyane Lee," did knowingly and willfully use and attempt to use a false, forged, counterfeited, mutilated and altered passport and instrument purporting to be a passport, to wit: a United Kingdom passport

bearing the name "Troy Easton Jones" and containing the defendant's photograph.

(Title 18, United States Code, Sections 1543 and 3551 et seq.)

A TRUE BILL

*/s/ Milton Wilson*
FOREPERSON

*/s/ Loretta E. Lynch*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F#1999R01389
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*ANDREW LANDELLS,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1543 and § 3551 et seq.)

*A true bill.*

_____ *Milton Wilson* _____
                                          Foreman

*Filed in open court this* _____ *day, of* _____ A.D. 20 ____

_____
                                              Clerk

*Bail, $* _____

_____

***Nathan Reilly, Assistant U.S. Attorney (718-254-6196)***